**Order filed July 25, 2019**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-18-01076-CV**
_____

## IN THE INTEREST OF A.L.P., A.M.P., A.G.P., AND A.R.P., CHILDREN

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-58613**

## O R D E R

Appellant's brief was due July 18, 2019**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 19, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM